Earl W. TAYLOR, Petitioner, v. Albert L. REEVES, Albert A. Ridge, and R. M. Duncan, Judges of the United States District Court for the Western District of Missouri.

No. 14362.

United States Court of Appeals
Eighth Circuit.

May 10, 1951.

Earl W. Taylor, pro se.

PER CURIAM.

Application of Petitioner for Writ of Mandamus to direct respondents to hear and determine petitioner's applications for writs of habeas corpus denied.